AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me over video conference and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 01/02/2023

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

STATE OF FLORIDA                                  CASE NO. 6:23-mj-1002

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Devin Brown, being duly sworn, declare and state as follows:

1. I have been employed as a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") since December 5, 2021, assigned to the FBI's Tampa Field Office, Orlando Resident Agency. While with the Orlando Resident Agency, I have been a member of the Joint Terrorism Task Force's Domestic Terror Squad since April 20, 2022. During this time, I have investigated violations of numerous federal criminal statutes. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in enforcing federal criminal laws and I am authorized by the Attorney General to request an arrest warrant, among other things, for violations of the laws of the United States including the following violations pertaining to this affidavit: Title 18 U.S.C. § 875(c) – Interstate Communication of a threat to injure the person of another.

2. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for **Sean Michael ALBERT** ("**ALBERT**") for violation of 18 U.S.C. § 875(c) – interstate communication of a threat to injure the person of another.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, intelligence analysts, and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of this investigation. The dates, times, and amounts discussed herein are approximate. Moreover, where the content of records and the actions, statements, and conversations of others are described, they are described in sum and substance and in part, except where otherwise indicated.

## STATUTORY AUTHORITY

4. Title 18 U.S.C. § 875(c) prohibits a person from knowingly transmitting in interstate or foreign commerce any communication containing a threat to injure the person of another, with the intent to communicate a true threat or with knowledge that it would be viewed as a true threat.

## DETAILS OF THE INVESTIGATION

### A. Background Regarding the Threat

5. On December 16, 2022, the FBI in Orlando received information that an imminent threat to life had been posted to Discord on December 13, 2022. Discord is an instant messaging/social media internet platform headquartered in San Francisco, California. The user who posted the threat used the moniker

"BloodStainedSand#0088," and posted a picture of an AR-15 style or similar model rifle with the following caption:

> "600 W College Ave, Tallahassee, FL 32306. At 13:00 December 17, 2022 100 Faggots Will Die, Cya there!"

This is the address of Florida State University. A screenshot of the message is below:



6. Discord voluntarily provided Internet Protocol ("IP") address information for the post, as well as the following subscriber information linked to that user account:

> User ID: 802810107003666442
> Username: BloodstainedSand#0088
> Email: vurtisbossmaster@gmail.com
> Email verified: Yes
> Phone number: Not found
> Registration IP: Not found
> Registration Time (UTC): 2021-01-24 08:00:45

3

7. According to Discord's disclosure, the username "BloodStainedSand#0088" was registered using the email address *vurtisbossmaster@gmail.com* on or around January 24, 2021. The creator of this account verified that email account with Discord, creating a positive link between the email address and the Discord user profile.

8. Record checks indicate that the relevant IP address for the post resolves to an account held by the internet service provider Charter Communications. In response to an Emergency Disclosure Request, Charter Communications provided the subscriber information for that IP address. That information indicates that the originating, resolved IP address for the post corresponds to **ALBERT's** known address, as listed on his Florida driver's license at the time the threat was made: "XXXX Sutton Place Boulevard, Apartment XXXX, Winter Park, FL 32792." This address is located in the Middle District of Florida, near the campus of Full Sail University, which **ALBERT** attended as a student, as of December 16, 2022. **ALBERT** is currently 19 years old.

9. Interviews of the apartment manager for **ALBERT's** residence revealed that **ALBERT** has resided there since approximately October 1, 2022. **ALBERT** appears to only have one roommate.

10. Interviews of the apartment manager, as well as the security manager for Full Sail University and **ALBERT's** roommate, revealed a history of violence and a pattern of concerning behavior by **ALBERT**. In particular, it is assessed that **ALBERT**

has rapidly progressed from making controversial statements online, to confrontation with classmates and peers in online spaces, as well as direct confrontation with people outside of his university.

11. FBI agents conducted additional investigation, including a consensual search of the roommate's cell phone. Based on that investigation, as well as **ALBERT's** history and pattern of behavior, which includes making other apparent threats and derogatory statements,[1] and the details of the Discord account creation, it was determined that **ALBERT's** roommate was likely not the individual who posted the threat.[2]

12. Records were also obtained from Google LLC ("Google") for subscriber information for the email account *vurtisbossmaster@gmail.com*. The subscriber records show that this account was created on or about April 6, 2015, and it is still in use, with numerous logins as recently as October 15, 2022.

---

[1] The investigation has revealed that **ALBERT** has previously made statements that include: "Kill all joggers" (which he indicated was a coded reference to a derogatory term for Black people); "Tear gas a synagogue" (in response to a question about whether or not he had weekend plans); and, "A genocide on faggots NEEDS to happen not even a question." I am also aware that **ALBERT** previously posted similar statements on Discord, specifically, under a username other than "BloodstainedSand#0088," and that he has previously had his access to Full Sail University's Game Developer Network Discord server cut off due to violations of Full Sail University's standards of conduct.

[2] As set forth below, **ALBERT** admitted to making the threat during a voluntary, non-custodial interview on January 1, 2023.

13. The recovery email address for this Gmail account is another Gmail account: *seanmichaelalbert7@gmail.com*. This suggests that **ALBERT** is the user of *vurtisbossmaster@gmail.com*, which is associated with his Discord account. Additionally, I identified the phone number that was listed as the recovery number (ending in 0745 as shown below) for the Gmail account *vurtisbossmaster@gmail.com* as previously belonging to **ALBERT**. During a previous interview with the FBI in April 2021, **ALBERT** confirmed that this was his number at the time of the interview. A screenshot of the subscriber information that Google produced is below:[3]

```
############# * Google Confidential and Proprietary * #############
GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 856906266395
Name: Golden General
Given Name: Golden
Family Name: General
e-Mail: vurtisbossmaster@gmail.com
Alternate e-Mails:

Created on: 2015-04-06 22:36:12 Z
Terms of Service IP: 71.178.163.22

Services: Web & App Activity, Gmail, Google Photos, Google Hangouts,
YouTube, Google Chrome Sync, Google Voice, Android, Google Developers
Console, Google Calendar, Google Payments, Google Drive, Google Docs,
Google Play, Has Madison Account, Google My Maps, Google Play Music,
Location History, Google Cloud Print, Google Groups, Google AdSense,
Deprecated Temporary Only Payments Data Use

Deletion IP:

End of Service Date:

Last Updated Date: 2022-10-15 04:16:56 Z
Last Logins:

ACCOUNT RECOVERY

Recovery e-Mail: seanmichaelalbert7@gmail.com
Recovery SMS: +1████████0745 [US]
```

---

[3] The subscriber name listed is "Golden General." The FBI investigation has shown that, in or around 2015, **ALBERT** used the alias "Golden General" in relation to at least one other email address known to be associated with him.

14. The records from Google further show that the billing name for the account's Google Pay services was "Sean Albert," with a billing address in Rockville, Maryland. I know that address to be one of **ALBERT's** addresses based on interviews, as well as previous interactions involving **ALBERT** and law enforcement that list that address.

15. **ALBERT's** roommate also revealed to agents that **ALBERT** used his personal cell phone, assigned phone number (XXX) XXX-0510,[4] to post and communicate on social media, including Discord and Instagram, while living at the residence. The roommate's statements were based on the roommate witnessing **ALBERT** making posts on social media using his cell phone since **ALBERT** moved into the apartment on October 1, 2022.

16. Meanwhile, the FBI determined that, on December 16, 2022, **ALBERT** appeared to travel on an American Airlines flight from Orlando International Airport to Ronald Reagan Washington National Airport in Washington, DC. In anticipation of his return to Orlando, FBI obtained a search warrant for the iPhone.[5]

---

[4] Records obtained from Verizon Wireless indicate that phone number (XXX) XXX-0510 is associated with an Apple iPhone XS Max Gold 256GB VZ, device ID #89148000005015930167, IMEI 353106101546586 (the "iPhone"). As of at least December 28, 2022, the iPhone was still active with **ALBERT's** account with Verizon. **ALBERT** appears to have used the iPhone since July 26, 2022, when it was registered as the primary device for his phone number.

[5] The search warrant was signed by United States Magistrate Judge Embry J. Kidd on December 31, 2022.

7

B. <u>Voluntary Interview of ALBERT on January 1, 2023</u>

17. On January 1, 2023, **ALBERT** flew from the Washington, DC area back to Orlando. Upon **ALBERT's** arrival at the Orlando International Airport ("MCO"), I, along with another FBI agent, approached **ALBERT** and asked whether he would voluntarily speak with us. After being informed of his ability to refuse the interview and to terminate it at any time, **ALBERT** agreed to be interviewed.[6]

18. During the interview, **ALBERT** was asked why he thought he was being interviewed. After providing three possibilities of why the FBI would want to speak with him (none of which involved illegal activity), **ALBERT** responded that it was probably because "[he] made a post online that may be perceived as a mass shooting threat."

19. **ALBERT** admitted during the interview to posting the threat (shown above in Paragraph 5) to a Discord server[7] using the username BloodstainedSand#0088 that is linked to the email address

---

[6] I, along with another FBI agent, interviewed **ALBERT** in an Orlando Police Department interview room at MCO. The door to the interview room was left open and **ALBERT** had an unobstructed path of egress if he wanted to depart. As explained above, **ALBERT** was made aware prior to the interview that the interview was voluntary and that he was free to stop the interview at any time. **ALBERT** was not made aware of nor presented with the search warrant for the iPhone until the end of the interview. The iPhone, along with another cellular device, were seized from **ALBERT** following the interview. The iPhone is in the process of being analyzed by the FBI. A search warrant application will be submitted for the other cellular device that was seized.

[7] **ALBERT** described the specific Discord server where the post was made as a server filled with extreme controversial ideology and potentially other illegal content.

*vurtisbossmaster@gmail.com*. **ALBERT** verified that the image of the firearm used in the posted threat was an image that he had copied from a Reddit post.[8]

20. Also during the interview, **ALBERT** was asked to explain his mindset when he posted the threat and whether he understood that posting that type of content is in violation of federal law. **ALBERT** responded that he did not believe his post was illegal, stating that the post was meant to be "ironic," "satirical," and "a joke."

21. However, when **ALBERT** was asked whether he knew the location of the address which he referenced in the posted threat, **ALBERT** acknowledged knowing that the address belonged to a Florida university. When asked why he picked that address to include in the threat, **ALBERT** stated the reason was because it would get the most reaction from those on the Discord server.

---

[8] Based on my experience, I know that Reddit is an online discussion website where registered users can submit content to the site such as links, text posts, images, and videos.

## CONCLUSION

22.     Based on the above, there is probable cause to believe that **ALBERT** knowingly sent a message in interstate or foreign commerce containing a true threat to injure the person of another and sent the message with the intent to communicate a true threat or with knowledge that it would be viewed as a true threat, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

Michael D Brown
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d)(3) before me this 2 day of January, 2023.

EMBRY J. KIDD
United States Magistrate Judge