# United States District Court
## Middle District of Florida
### Orlando Division

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:23-mj-1002-EJK**

**SEAN MICHAEL ALBERT**

---

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on January 3, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE