# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                              **No: 6:23-mj-1002-EJK**

**SEAN MICHAEL ALBERT,**

      **Defendant.**

_____/

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the court to represent the Defendant, Sean Michael Albert, in the above-styled cause.

The Clerk is requested to remove Michael S. Ryan, as the notice counsel, and enter the appearance of Joshua R. Lukman, Assistant Federal Public Defender, as counsel for the Defendant.

DATED this 9th<sup>th</sup> day of January 2023.

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/Joshua R. Lukman*
Joshua R. Lukman, Esq.
Assistant Federal Defender
Florida Bar No. 0088213
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Phone: 407-648-6338

Fax: 407-648-6095
E-Mail: joshua_lukman@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance and Substitution of Counsel* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to Kara Wick, Assistant United Attorney, counsel for the government, this the 9th day of January 2023.

 /s/Joshua R. Lukman
Assistant Federal Defender

2